UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| Curtis Roberts, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | Case No. 4:08CV1330MLM |
| vs. ) | |
| ) | |
| Dr. Elizabeth Conley, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The above styled and numbered case was filed on September 3, 2008 and randomly assigned to the Honorable Mary Ann L. Medler, United States Magistrate Judge.

After a review of the case, the Clerk's Office found that the case was opened incorrectly. The case should have been assigned to our Northern Division. Accordingly, the case has been transferred to our Northern Division and given Case No. 2:08cv00045 and randomly assigned to the Honorable E. Richard Webber, United States District Judge.

Dated this 4th Day of September, 2008.

JAMES G. WOODWARD, CLERK

By: /s/ Karen Moore, Deputy Clerk

**Please note the new case number: 2:08cv00045ERW**